ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sauer Incorporated | ) ASBCA No. 62395 |
| | ) |
| Under Contract No. W91278-07-D-0030 | ) |

APPEARANCE FOR THE APPELLANT:    Gina P. Grimsley, Esq.
                                                                Counsel

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                                    Engineer Chief Trial Attorney
                                                                    Laura J. Arnett, Esq.
                                                                    Engineer Trial Attorney
                                                                    U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 11, 2022

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62395, Appeal of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated:  July 12, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals